IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


DR. SHU-HUI WU                          )
                                        )
v.                                      ) NO. 3-12-1301
                                        ) JUDGE CAMPBELL
MISSISSIPPI STATE UNIVERSITY            )


ORDER


Pending before the Court is Plaintiff's Motion to Transfer Action to Northern District of

Mississippi, Eastern Division (Docket No. 5), to which no opposition has been filed.  The Motion

is GRANTED, and the Clerk shall transfer this action, pursuant to 28 U.S.C. § 1631, to the U.S.

District Court for the Northern District of Mississippi, Eastern Division.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE