IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DR. SHU-HUI WU                                                                                         PLAINTIFF

V.                                                                                     NO. 1:13-CV-00002-DMB-DAS

MISSISSIPPI STATE UNIVERSITY                                                          DEFENDANT

## VERDICT FORM

By a preponderance of the evidence:

**Question No. 1**

Did Mississippi State University intentionally discriminate against Shu-Hui Wu by paying her a lower salary due to her race or national origin?

Answer (please mark one):

Yes ☐

No ☒

**Question No. 2**

Did Mississippi State University intentionally discriminate against Shu-Hui Wui by denying her application for promotion to professor in 2011-2012 based on her national origin?

Answer (please mark one):

Yes ☐

No ☒

*Note: If you answered "Yes" to either Question 1 or Question 2, please proceed to Question 3. If you answered "No" to both questions, you need not proceed further.*

**Question No. 3**

1. What amount of damages did Wu suffer as a result of the discrimination?

   _____

**SO SAY WE ALL**

_[Foreperson's Signature]_
Foreperson's Signature

DATE: 11/24/2014