**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**DR. SHU-HUI WU**                                                                                                    **PLAINTIFF**

**V.**                                                                                                    **NO. 1:13-CV-00002-DMB-DAS**

**MISSISSIPPI STATE UNIVERSITY**                                                                                                    **DEFENDANT**

## JUDGMENT

This case was tried by a jury with the undersigned judge presiding, and the jury has rendered a verdict for Defendant Mississippi State University. The Court hereby **ORDERS** that judgment be entered in favor of Defendant.

SO ORDERED, this the 2nd day of December, 2014.

/s/ **Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**